**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM BARNEY**<br>**1631 West Virginia Avenue, N.W., #1**<br>**Washington, D.C. 20002**<br><br>   **Plaintiff**,<br>    **v.**<br><br>**OFFICER PHILLIP SUGGS**<br>**Fifth District Police Station**<br>**1805 Bladensburg Avenue, N.E.**<br>**Washington, D.C. 20002**<br><br>**OFFICER DAVID WALLACE**<br>**Fifth District Police Station**<br>**1805 Bladensburg Avenue, N.E.**<br>**Washington, D.C. 20002**<br><br>**OFFICER TRACEY WILLIAMS**<br>**Fifth District Police Station**<br>**1805 Bladensburg Avenue, N.E.**<br>**Washington, D.C. 20002**<br><br>**OFFICER LANCE BISHOP**<br>**Fifth District Police Station**<br>**1805 Bladensburg Avenue, N.E.**<br>**Washington, D.C. 20002**<br><br>**OFFICER KAMAU GREENE**<br>**Fifth District Police Station**<br>**1805 Bladensburg Avenue, N.E.**<br>**Washington, D.C. 20002**<br><br>**OFFICER ROBERTO ADAMS**<br>**Fifth District Police Station**<br>**1805 Bladensburg Avenue, N.E.**<br>**Washington, D.C. 20002**<br><br>**DISTRICT OF COLUMBIA**<br>**400 Sixth Street N.W.**<br>**Washington, D.C. 20001**<br><br>   **Defendants.** | **21 cv 1087** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendant District of Columbia (the District) hereby removes *William Burney v. District of Columbia et al.*, Case No. 2021 CA 000061 B, which was brought in the Superior Court of the District of Columbia against the District and Defendants Officers Phillip Suggs, David Wallace, Tracey Williams, Lance Bishop, Kamau Greene, and Roberto Adams, to this Court because the claims raised in the Complaint assert federal questions appropriate for resolution by this Court.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1441(a). Here, Counts Four and Five of the Complaint assert Fourth Amendment claims of arrest without probable cause and excessive force under 42 U.S.C. § 1983, respectively, against the defendant officers. Ex. 1, Compl. ¶¶ 27-34. Because these claims arise under federal law, this Court has original jurisdiction under 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("[T]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Therefore, under 28 U.S.C. § 1441(a), the District may remove this action to this Court.

In addition, under 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's state law claims asserted against Defendants in Counts One, Two, and Three of the Complaint for false arrest (Count One), assault (Count Two), and battery (Count Three). Ex. 1, Compl. ¶¶ 13-26. This is because the claims brought in Counts One, Two, and Three form part of the same case or controversy as the § 1983 Fourth Amendment claims asserted in Counts Four and Five. *See Busby v. Capital One*, *N.A.*, 759 F. Supp. 2d 81, (D.D.C. 2011) ("Once a case has been removed, the district court has original jurisdiction over the plaintiff's claim under

federal law, and may thus 'exercise supplemental jurisdiction over accompanying state law claims so long as those claims constitute other claims that form part of the same case or controversy'") (quoting *City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 164-65 (1997)) (ellipses and quotation marks omitted).

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days after service of process upon the District, which occurred on March 22, 2021.  Defendants Suggs, Wallace, Bishop, Greene, and Adams were all served after the District and timely join in this notice of removal.  The District has attached copies of all pleadings and orders served upon the District in this matter as well as papers filed in the Superior Court of the District of Columbia as Exhibit 1.  After this Notice is filed in United States District Court for the District of Columbia, the District will file notice of this removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and where the Superior Court of the District of Columbia is located.

As of the time of this filing, Plaintiff has not served Officer Williams. Because Defendant Williams has not been served as of the time of this filing, his consent to removal is not required at this time.  *See Kopff v. World Research Grp., LLC*, 298 F. Supp. 2d 50, 59 (D.D.C. 2003) ("While unanimity of defendants' consent to removal is a cornerstone of the removal process, unanimity is not defeated if those defendants absent from the notice of removal were never served properly in the first instance.").

Accordingly, the District removes this action to this Court from the Superior Court of the District of Columbia, Civil Division.

3

Dated: April 21, 2021                    Respectfully submitted,

                                         KARL A. RACINE
                                         Attorney General for the District of Columbia

                                         CHAD COPELAND
                                         Deputy Attorney General
                                         Civil Litigation Division

                                         */s/ Christina Okereke*
                                         CHRISTINA OKEREKE [219272]
                                         Chief, Civil Litigation Division Section II

                                         */s/ Pegah Ebrahimi Eftekhari*
                                         PEGAH EBRAHIMI EFTEKHARI [1030546]
                                         Assistant Attorney General
                                         400 Sixth Street N.W.
                                         Washington, D.C. 20001
                                         (202) 727-6280
                                         (202) 741-0667 (fax)
                                         pegah.eftekhari@dc.gov

                                         */s/ Margaret Ulle*
                                         MARGARET ULLE [1658843]
                                         Assistant Attorney General
                                         400 Sixth Street N.W.
                                         Washington, D.C. 20001
                                         (202) 826-5454
                                         margaret.ulle@dc.gov

                                         *Counsel for Defendants District of Columbia,*
                                         *Phillip Suggs, David Wallace, Lance Bishop,*
                                         *Kamau Greene, and Roberto Adams*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I served the foregoing Notice of Removal and the accompanying exhibits by email upon:

James A. DeVita, Esq.
2111 Wilson Boulevard, Suite 700
Arlington, VA 22201
703-351-5015
jdevitalaw@gmail.com
*Counsel for Plaintiff*

/s/ *Pegah Ebrahimi Eftekhari*
PEGAH EBRAHIMI EFTEKHARI
Assistant Attorney General

5